# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NATIONWIDE JUDGMENT
RECOVERY, INC.,

        Plaintiff,

v.                                          Case No:   6:21-mc-79-PGB-LHP

KERLANGE HYPPOLITE,

        Defendant

_____

## ORDER

On August 14, 2017, a final judgment was entered in the United States District Court for the Western District of North Carolina in favor of Kenneth D. Bell, in his capacity as court-appointed receiver for Rex Venture Group, LLC, d/b/a ZeekRewards.com ("Bell"), and against several individual class members, including Defendant Kerlange Hyppolite.  Doc. No. 1-1.  On April 28, 2021, Bell registered a certified copy of that foreign judgment with this Court.  Doc. Nos. 1, 1-1.  Nationwide Judgment Recovery, Inc. ("Nationwide") has since been substituted as the party-Plaintiff.  Doc. Nos. 19, 21.

Nationwide now seeks a writ of garnishment to be issued against garnishee, Bank of America, N.A.  Doc. No. 22.  Nationwide has included a proposed writ

with the motion.   Doc. No. 22-1.   Upon review, Nationwide's motion (Doc. No. 22) is **GRANTED**, and the **Clerk of Court** is **DIRECTED** to issue the proposed writ (Doc. No. 22-1).

     **DONE** and **ORDERED** in Orlando, Florida on September 27, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties